[902 NE2d 435, 874 NYS2d 1]

In the Matter of ROBERT B. BERNSTEIN, Appellant, v PAUL J. FEINER, as Town Supervisor of the Town of Greenburgh, et al., Respondents.

Argued January 13, 2009; decided January 22, 2009

### APPEARANCES OF COUNSEL

*Robert B. Bernstein*, Hartsdale, appellant pro se.

*Timothy W. Lewis, Town Attorney*, Greenburgh (*Richard L. Marasse* of counsel), for respondents.

*Keane & Beane, P.C.*, White Plains (*Nicholas M. Ward-Willis* and *Richard L. O'Rourke* of counsel), for intervenors-respondents.

### OPINION OF THE COURT

MEMORANDUM.

The appeal should be dismissed, without costs, upon the ground that no substantial constitutional question is directly involved.

■ ■ Although petitioner's facial and as-applied challenges to the Finneran Law (L 1982, ch 891) were addressed by the Appellate Division, they are not substantial. Petitioner's facial challenge, insofar as it is predicated on New York Constitution article VIII, § 3, was not raised at the Appellate Division and therefore was not directly involved.

Acting Chief Judge CIPARICK and Judges GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Appeal dismissed, without costs, in a memorandum.